```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JAVIER DOMINGUEZ,                   :
                Plaintiff,          :    09 Civ. 7414 (HBP)
     -against-                      :    SCHEDULING
                                         ORDER
TRUMLIN REST. CORP., a/k/a          :
"Divino Ristorante,"
                                    :
                Defendant.
                                    :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

An initial pretrial conference having been held in this matter on November 19, 2009, with the consent of counsel, it is hereby ORDERED that:

    1. Plaintiff is directed to supplement his Rule 26(a)(1) disclosures pursuant to provide more specific identification of potential witnesses no later than December 1, 2009.

    2. All discovery shall be completed on or before March 19, 2010.

    3. Neither side currently contemplates calling any expert witnesses.

    4. The parties shall report for a settlement conference before the Honorable Kevin Nathaniel Fox on March 29, 2010 at 2:30 p.m. Counsel are directed to

contact Judge Fox's staff to ascertain the location of the conference.

    5. Dispositive motions, if any, are to be served and filed no later than April 19, 2010.

    6. The Pretrial Order, in the form required by my rules, along with all other pretrial submissions required by my rules, shall be filed on May 19, 2010, or thirty days after the decision on any dispositive motion (if it is still necessary after such decision), whichever date is later. Plaintiff shall serve a draft of his portion of the Pretrial Order on counsel for defendant no later than fifteen days prior to the Pretrial Order's due date. For the convenience of all parties, a copy of my rules is available on the Court's website: www.nysd.uscourts.gov.

Dated: New York, New York
       November 20, 2009

                              SO ORDERED

                              HENRY PITMAN
                              United States Magistrate Judge

Copies transmitted to:

David Abrams, Esq.
Suite 1700
299 Broadway
New York, New York  10007

Alexander H. Gardner, Esq.
Mintz & Gold LLP
10th Floor North
470 Park Avenue South
New York, New York  10016